IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JUDITH WALLEN, | § § § § | |
| Plaintiff, | | |
| v. | § § § | C.A. No. 3:17-cv-200 |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY and FIRST PENN-PACIFIC LIFE INSURANCE COMPANY, | § § § § § § | |
| Defendants. | § | |

## NOTICE OF REMOVAL

Defendants The Lincoln National Life Insurance Company ("Lincoln National") and First Penn-Pacific Life Insurance Company ("First Penn-Pacific") (collectively, "Defendants") file this notice of removal and state:

1.  **The Lawsuit.** This action was filed on May 5, 2017, in the 210th Judicial District Court of El Paso County, Texas, being numbered 2017DCV1553 on the docket of said court and being a suit by Plaintiff Judith Wallen ("Wallen") for damages and extra-contractual damages arising out of the lapse of a life insurance policy (the "Policy") that First Penn-Pacific issued on the life of Wallen's husband, Jerry L. Wallen (the "Insured").

2.  **Diversity Jurisdiction.** Complete diversity of citizenship exists between Wallen and Defendants, as they are citizens of different states. Wallen was a citizen of Texas, both at the time this action was filed and as of the date of this removal. Lincoln National is an Indiana corporation with its principal office and place of business in Radnor, Pennsylvania, both at the time this action was filed and as of the date of this removal. Lincoln National thus was and is a citizen of Indiana and Pennsylvania and is not a citizen of Texas. First Penn-Pacific is an

Indiana corporation with its principal office and place of business in Radnor, Pennsylvania, both at the time this action was filed and as of the date of this removal.  First Penn-Pacific thus was and is a citizen of Indiana and Pennsylvania and is not a citizen of Texas.

The amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.  In First Amended Petition (the "Amended Petition"), Wallen complains of the lapse of a life insurance policy, which has a $250,000.00 face amount, asserts claims against Defendants for breach of the duty of good faith and fair dealing, breach of contract, promissory estoppel, and declaratory judgment, and seeks to recover actual damages, punitive damages, attorney's fees, and court costs.

All told, the Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, and this action may be removed by Defendants pursuant to 28 U.S.C. § 1441(b).  Venue is proper in this Court under 28 U.S.C. § 1441(a), as this action was pending in a state court within this district and division.

**3.** **State Court Documents Attached.**  One of Defendants' affiliates, Lincoln Financial Distributors, Inc. ("Lincoln Financial"), received the Citation and a copy of Plaintiff's Original Petition on May 31, 2017, which is the first time that Lincoln Financial or either of Defendants received, through service or otherwise, a copy of the initial pleading setting forth the claim for relief upon which this action is based.  As such, this removal is timely under 28 U.S.C. § 1446(b). Attached hereto as Exhibit A are true and correct copies of the only process, pleadings, or orders received or filed by Lincoln Financial or Defendants in this action, and this exhibit includes all of the documents that were in the state court's file as of the filing of this removal.  Attached hereto as Exhibit B is a true and correct copy of the state court docket sheet.

4. **Relief Requested.**  Defendants respectfully request that the United States District Court for the Western District of Texas, El Paso Division, accept this notice of removal and that it assume jurisdiction of this action and issue all such further orders and processes as may be necessary to bring before it all parties necessary for the final trial hereof.

Respectfully submitted,

By: /s/ Andrew C. Whitaker
Andrew C. Whitaker
State Bar No. 21273600
andrew.whitaker@figdav.com
Roshanak Khosravighasemabadi
State Bar No. 24048587
Rosh.Khosravi@figdav.com

FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, Texas  75202
(214) 939-2000
(214) 939-2090 (telecopy)

David S. Jeans
State Bar No. 10597400
djeans@rmjfirm.com
RAY, MCCHRISTIAN & JEANS, P.C.
5822 Cromo
El Paso, Texas 79912
(915) 832-7200
(915) 832-7333 (telecopy)

ATTORNEYS FOR DEFENDANTS
THE LINCOLN NATIONAL LIFE INSURANCE
COMPANY and FIRST PENN-PACIFIC LIFE
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

This is to certify that, on June 28, 2017, a true and correct copy of the foregoing document has been sent by email and certified mail, return receipt requested, to Mr. Chris Bell and Mr. Benjamin Harwood Rose, Bell Rose, 10000 Memorial Drive, Suite 750, Houston, Texas 77024.

/s/ Andrew C. Whitaker
Andrew C. Whitaker