IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **JUDITH WALLEN,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-17-CV-00200-KC |
| | § | |
| **THE LINCOLN NATIONAL LIFE** | § | |
| **INSURANCE COMPANY AND** | § | |
| **FIRST PENN-PACIFIC LIFE** | § | |
| **INSURANCE COMPANY,** | § | |
| | § | |
| Defendants. | § | |
| | § | |

### ORDER

On this day, the Court considered the parties' Stipulation For Dismissal With Prejudice, ECF No. 12, filed on August 16, 2017, in the above-captioned case. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that all of Plaintiff's claims in this case are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all pending motions in this case are hereby **DENIED** as moot.

**IT IS FURTHER ORDERED** that all costs of court and attorneys' fees shall be paid by the party incurring same.

The clerk shall close the case.

**SIGNED this 16th day of August, 2017.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE